DANIEL G. BOGDEN
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAVALE ANTONIO SOLOMON, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-00356-APG-PAL <br><br> GOVERNMENT'S MOTION TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, respectfully moves this Court to quash the Writ of Habeas Corpus ad Prosequendum issued from this Court on December 6, 2016 (ECF No. 6) following the defendant's Criminal Indictment (ECF No. 2).  The defendant is in custody in Yuma, Arizona, where he is undergoing prosecution under local charges for crimes allegedly committed in that area.  As such, the Government makes such motion at the request of the Yuma county prosecutor who would prefer that the defendant remain in their jurisdiction

/ / /

1

while undergoing prosecution.

DATED this 20th day of December, 2016.

                                                     Respectfully Submitted,

                                                     DANIEL G. BOGDEN
                                                     United States Attorney

                                                            */S/*
                                                     JARED L. GRIMMER
                                                   Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVALE ANTONIO SOLOMON,<br><br>Defendant. | Case No.: 2:16-cr-00356-APG-PAL<br><br>ORDER TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Writ of Habeas Corpus ad Prosequendum (ECF No. 6) be quashed.

DATED this 29th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3