# United States District Court
# for
# the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**December 20, 2018**

Name of Offender: **Lavale Antonio Solomon**

Case Number: **2:16CR00356**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **January 23, 2018**

Original Offense: **Escape from Custody**

Original Sentence: **15 Months prison, followed by 24 Months TSR.**

Date Supervision Commences: **January 4, 2018**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 60 days. You must follow the rules and regulations of the center.

## CAUSE

Mr. Solomon is scheduled to release from custody on January 4, 2018. Solomon has submitted two pre-release residential plans, both of which were denied by the occupants of the home. The offender has requested 60 days of placement in the residential reentry center. The probation form 49, waiver of hearing is attached for Your Honor's review.

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

Steven M. Goldner
2018.12.20
09:16:31 -08'00'

_____
STEVE M. GOLDNER
Senior U.S. Probation Officer

Approved:

Benjamin Johnson
2018.12.20 09:49:04
-08'00'

_____
BENJAMIN JOHNSON
Supervising U.S. Probation Officer

---

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

12/20/2018
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 60 days. You must follow the rules and regulations of the center.

Witness _____

Signed _____
Probationer or Supervised Releasee
Lavale Antonio Solomon

10-18-18
Date