NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVALE ANTONIO SOLOMON,<br><br>Defendant | Case No. 2:16-cr-356-APG-DJA<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING FOR REVOCATION OF SUPERVISED RELEASE |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret Lambrose, Assistant Federal Public Defender, counsel for Lavale Antonio Solomon, that the preliminary hearing for revocation of supervised release, currently scheduled for Thursday, September 5, 2019 at 11:00 a.m. be vacated and continued to Tuesday, September 10, 2019 at 3:00 p.m. or later or a date and time convenient to the Court soon thereafter.

This Stipulation is entered into for the following reasons:

1. An essential witness, the probation officer supervising offender Solomon, is unavailable on the currently scheduled date.

2. Counsel for offender Solomon was only recently assigned. Counsel for offender Solomon, the U.S. Probation Office and the U.S. Attorney's Office request additional time to discuss the matter.

3. Offender Solomon is in custody and agrees with the need for a continuance.

4. The U.S. Probation Office and the U.S. Attorney's Office agree to the continuance.

This is the second request for a continuance of the preliminary hearing for revocation of supervised release.

### RELIEF REQUESTED

For the reasons stated above, the parties request the Court vacate the preliminary hearing for revocation of supervised release in this matter currently scheduled for Thursday, September 5, 2019 at 11:00 a.m. and continue the hearing to Tuesday, September 10, 2019 at 3:00 p.m. or later or a date and time convenient to the Court soon thereafter. A proposed order is attached.

Dated: August 28, 2019

Counsel for LAVALE A. SOLOMON

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| _____//s//_____<br>MARGARET LAMBROSE<br>Assistant Federal Public Defender | _____//s//_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVALE ANTONIO SOLOMON,<br><br>Defendant | Case No. 2:16-cr-356-APG-DJA<br><br>ORDER GRANTING THE STIPULATION TO CONTINUE PRELIMINARY HEARING FOR REVOCATION OF SUPERVISED RELEASE |

ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the preliminary hearing for revocation of supervised release currently scheduled for Thursday, September 5, 2019 at 11:00 a.m. be vacated and continued to Tuesday, September 10, 2019 at 3:30 p.m. in Las Vegas Courtroom 3A.

IT IS SO ORDERED this August 28th, 2019:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the STIPULATION TO CONTINUE PRELIMINARY HEARING FOR REVOCATION OF SUPERVISED RELEASE on this date by Electronic Case File system:

>Margaret Lambrose
>Assistant Federal Public Defender
>411 E. Bonneville AVE STE 250
>Las Vegas, Nevada 89101
>(702) 388-6577/Phone
>maggie_lambrose@fd.org
>Counsel for Lavale Antonio Solomon

DATED August 28, 2019

          //s//
DANIEL J. COWHIG
Assistant United States Attorney