NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LAVALE ANTONIO SOLOMON,<br><br>        Defendant. | Case No. 2:16-cr-00356-APG-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Lavale Antonio Solomon, that the Revocation Hearing currently scheduled on Wednesday, August 26, 2020 at 1:00 p.m, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.      Government Counsel has a previously scheduled hearing before Judge Richard F. Boulware, II, at the same date and time as the hearing in this case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Jared L. Grimmer*<br>By_____<br>JARED L. GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00356-APG-DJA-1 |
| Plaintiff, | |
| v. | **ORDER** |
| LAVALE ANTONIO SOLOMON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 26, 2020 at 1:00 p.m., be vacated and continued to  October 7, 2020  at the hour of  4:00  p.m.; or to a time and date convenient to the court.  (courtroom 6C)

DATED this 24th day of  August , 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE